**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Pierre D Khosravi
364 Glenwood Dr
Bloomingdale, IL 60108
SSN: xxx−xx−0384 EIN: N.A.

Case No. : 19−18579

Chapter : 13

Judge : Janet S. Baer

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

630−981−3888

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

August 7, 2019 , 09:30 AM
801 Warrenville Rd, Ste 655, Lisle, IL 60532−3614

For the Court,

Dated: July 2, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Pierre D Khosravi  
    Debtor

Case No. 19-18579-JSB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: evelyng　　　Page 1 of 1　　　Date Rcvd: Jul 02, 2019  
　　　　　　　　　　　　Form ID: ren341　　　Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
```
db             +Pierre D Khosravi,    364 Glenwood Dr,    Bloomingdale, IL 60108-3214
27975058       +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
27975064      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Attn: Bankruptcy,    35 Fountain Square Plaza,
                 Cincinnati, OH 45263)
27975065       +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360
27975066       +Shell Card/Citi,    Attn: Bankruptcy,    Po Box 6406,    Sioux Falls, SD 57117-6406
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27975059       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 01:58:09     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
27975062       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2019 10:45:45     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
27975063        E-mail/Text: mrdiscen@discover.com Jul 03 2019 01:49:53     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27976833        Camden Apartments
27975061        Car Loan
27975060*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
```
          David H Cutler    on behalf of Debtor 1 Pierre D Khosravi cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Glenn B Stearns    stearns_g@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```